**Dismissed and Opinion Filed December 30, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00860-CV

### INOCENCIO COSTILLA, Appellant
### V.
### MARY LOU GARZA COSTILLA, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53955-2012**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

In a letter dated September 24, 2014, the Court questioned its jurisdiction over this appeal; specifically, that the notice of appeal was untimely. But because the notice of appeal was filed within the fifteen-day grace period, we instructed appellant to file an extension motion by October 6, 2014. . *See* TEX. R. APP. P. 26.3. We cautioned appellant that failure to file an extension motion within the time specified would result in dismissal of the appeal without further notice. As of today's date, appellant has not filed an extension motion.

The trial court signed the judgment on April 1, 2014. Appellant filed both a timely request for findings of fact and conclusions of law and a timely motion for new trial. Accordingly, the notice of appeal was due on June 30, 2014, ninety days after the date the judgment was signed. *See* TEX. R. APP. P. 26.1(a)(1). An extension of time may be granted if an

appellant files a notice of appeal within fifteen days of the deadline and an extension motion. *See* TEX. R. APP. P. 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant filed his notice of appeal on Tuesday, July 1, 2014, one day late. Because appellant did not timely file his notice of appeal or obtain an extension of time to file his notice of appeal, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

140860F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

INOCENCIO COSTILLA, Appellant

No. 05-14-00860-CV      V.

MARY LOU GARZA COSTILLA,
Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 429-53955-2012.
Opinion delivered by Justice Francis.
Justices Evans and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MARY LOU GARZA COSTILLA recover her costs of this appeal from appellant INOCENCIO COSTILLA.

Judgment entered December 30, 2014.